UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shirley Barlow,

        Plaintiff,                      Case No. 10-12545

v.                                           Hon. Nancy G. Edmunds

Chase Bank,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendant's motion for summary judgment is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE.

        SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: October 6, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2011, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager